**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Civil Action No.: 13-cv-03410-RPM

TANYA CARLETON,

       Plaintiff,

v.

COLORADO SCHOOL OF TRADITIONAL CHINESE MEDICINE, INC., a Colorado corporation,

       Defendant.

---

**ORDER WITHDRAWING PLAINTIFF'S MOTION TO CONSOLIDATE CASES**

---

       Upon review of Plaintiff Tanya Carleton's **Motion to Withdraw Plaintiff's Motion to Consolidate Cases** [8] filed January 24, 2014, it is

       **ORDERED** that the Motion is **GRANTED** and Plaintiff's Motion to Consolidate Cases, filed on December 17, 2013 [3] is withdrawn and will not be considered by the Court.

       Dated:   January 27th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge