IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.: 13-cv-03410-RPM

TANYA CARLETON,

        Plaintiff,

v.

COLORADO SCHOOL OF TRADITIONAL CHINESE MEDICINE, INC., a Colorado corporation,

        Defendant.

---

## ORDER FOR TRANSFER

---

      Because of the apparent relationship of this civil action to Civil Action No. 13-cv-02906-CMA-MJW pending before before Judge Christine M. Arguello and a motion to consolidate cases having been filed in the Vanessa Stockmar case and with the approval of Chief Judge Krieger, it is now

      ORDERED that this civil action is transferred to Judge Christine M. Arguello.

      Dated:   March 3rd, 2014

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior Judge