**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02906-CMA-MJW (consolidated for all purposes with Civil Action No. 13-cv-03410)

VANESSA STOCKMAR,
TANYA CARLETON,

    Plaintiffs,

v.

COLORADO SCHOOL OF TRADITIONAL CHINESE MEDICINE, INC.,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Commencing on February 23, 2015, this action was tried before a jury of eight duly sworn to try the issues herein with U.S. District Judge Christine M. Arguello presiding. On February 27, 2015, the jury rendered its verdict, finding that:

(1) Plaintiff Vanessa Stockmar proved, by a preponderance of the evidence, her claims of sexual harassment and retaliation. Judgment is hereby entered in favor of Plaintiff Vanessa Stockmar and against Colorado School of Chinese Medicine, Inc., in the total amount of $50,002, representing back pay in the amount of $1.00; compensatory damages in the amount of $1.00; and punitive damages in the amount of $50,000. Post-judgment interest shall accrue on the judgment amount awarded at the rate of 0.22% from the date of the entry of judgment.

(2) Plaintiff Tanya Carleton proved, by a preponderance of the evidence, her claims of sexual harassment and retaliation.  Judgment is hereby entered in favor of Tanya Carleton and against Colorado School of Chinese Medicine, Inc., in the total amount of $50,002, representing back pay in the amount of $1.00; compensatory damages in the amount of $1.00; and punitive damages in the amount of $50,000.  Post-judgment interest shall accrue on the judgment amount awarded at the rate of 0.22% from the date of the entry of judgment.

IT IS FURTHER ORDERED that the Plaintiffs are awarded their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P . 54 (d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 4th day of March 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   Sandra Hartmann

Sandra Hartmann
Deputy Clerk

APPROVED BY THE COURT:

Christine M Arguello

United States District Judge